## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

SAMMIE MCCASTLE                                                                    PLAINTIFF

v.                                                    No. 4:23-cv-935-DPM

RREAF RESIDENTIAL RIVER
POINT APT.                                                                         DEFENDANT

### ORDER

1.     McCastle's application to proceed *in forma pauperis*, *Doc. 1*, is granted.   His modest monthly expenses exceed his social security benefits.

2.     The   Court   must   screen   McCastle's   complaint. 28 U.S.C. § 1915(e)(2).   The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.  Fed. R. Civ. P. 8(a);  28 U.S.C. § 1915(e)(2)(B)(ii).  McCastle claims he was fired in violation of Title VII because of his race and age.  *Doc. 2.* Although he offers no specifics in his complaint, the Court can identify some   details   from   the   attached   EEOC   charge   of   discrimination. McCastle, an older service manager on Rreaf Residential's maintenance team, says that Robert Arnold asked him if caring for the sizable property took a toll on someone his age.  He says he was then written up for his performance.

McCastle has since filed a second charge of discrimination with the EEOC and noticed the Court. *Doc. 5*. In that charge, he says he was suspended and ultimately fired following a "tenant accusation." He adds that his job was advertised weeks before his termination, implying the alleged accusation was pretext for discrimination. This second charge says Rreaf Residential has 100–200 employees, while his first charge says it has less than 15.

3.   Read in the light most favorable to McCastle, his complaint and attachments state a plausible claim of age discrimination. *McPherson v. Brennan*, 888 F.3d 1002, 1003–1004 (8th Cir. 2018).

4.   McCastle's motion to appoint counsel, *Doc. 3*, is denied without prejudice. This case is young, but he has adequately represented himself so far. And the law and facts here aren't so complex as to warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

5.   The Clerk must prepare summons for Rreaf Residential River Pointe Apt. The Clerk must provide copies of the summons along with the complaint, and this Order to the Marshal, who must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on the following:

- Rreaf Residential River Pointe Apt, 7325 Riverpointe Dr., Maumelle, AR 72113;

- Rreaf Residential, LLC, Registered Agents, Inc., 701 South Street, Ste. 100, Mountain Home, AR 72653.

So Ordered.

_D.P. Marshall Jr._
_D.P. Marshall Jr._
United States District Judge

16 November 2023