IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMMIE MCCASTLE                                                      PLAINTIFF

v.                              No. 4:23-cv-935-DPM

RREAF RESIDENTIAL RIVER
POINT APT.                                                           DEFENDANT

## ORDER

1. McCastle's motion to nonsuit, *Doc. 13*, is granted. Fed. R. Civ. P. 41(a)(2). His complaint will be dismissed without prejudice.

2. Rreaf's motion to seal the settlement agreement, *Doc. 14*, is granted. Pursuant to the parties confidentiality agreement, the Court directs the Clerk to remove pages 2–3 of *Doc. 13* from the public docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2024