## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SAMMIE MCCASTLE**                                    **PLAINTIFF**

**v.**                        **No. 4:23-cv-935-DPM**

**RREAF RESIDENTIAL RIVER
POINT APT.**                                    **DEFENDANT**

### JUDGMENT

McCastle's complaint is dismissed without prejudice.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_21 February 2024_